# EXHIBIT B

# Email Correspondence to Counsel for Plaintiffs

# Whisenant, Jefferson P.

| | |
|---|---|
| **From:** | Sar, Bob A. |
| **Sent:** | Thursday, December 15, 2022 4:40 PM |
| **To:** | Larry Crain |
| **Cc:** | syneos.law@protonmail.com; partner@culbertsonlaw.com; emily@crainlaw.legal; Whisenant, Jefferson P. |
| **Subject:** | RE: Scott et al v. Syneos Health - mandatory initial settlement conference - Arbitration |
| **Attachments:** | Royer Rachel Arbitration Agreement.pdf; Brett Freeman – HRID 226864.pdf; Jami Scott – HRID 14774.pdf |

Counsel – I attach arbitration agreements with 3 of your clients (Scott, Freeman and Royer). Please let me know if you will dismiss the claims of these three Plaintiffs and proceed to arbitration.

Sincerely, Bob.

**Bob A. Sar | Ogletree Deakins**
8529 Six Forks Road, Forum IV, Suite 600 | Raleigh, NC 27615 | Telephone: 919-789-3160
bob.sar@ogletree.com | www.ogletree.com | Bio

---

**From:** Sar, Bob A.
**Sent:** Wednesday, December 14, 2022 10:23 AM
**To:** Larry Crain <crain.larry@gmail.com>
**Cc:** syneos.law@protonmail.com; partner@culbertsonlaw.com; emily@crainlaw.legal; Whisenant, Jefferson P. <jefferson.whisenant@ogletreedeakins.com>
**Subject:** RE: Scott et al v. Syneos Health - mandatory initial settlement conference

Thanks Larry. I just sent an invite that matches the availability of your co-counsel – 12/20 at 4pm ET. I am available anytime on 12/20 presently, so just let me know what works for your side and I can adjust.

**Bob A. Sar | Ogletree Deakins**
8529 Six Forks Road, Forum IV, Suite 600 | Raleigh, NC 27615 | Telephone: 919-789-3160
bob.sar@ogletree.com | www.ogletree.com | Bio

---

**From:** Larry Crain <crain.larry@gmail.com>
**Sent:** Tuesday, December 13, 2022 9:56 AM
**To:** Sar, Bob A. <Bob.Sar@ogletreedeakins.com>
**Cc:** syneos.law@protonmail.com; partner@culbertsonlaw.com; emily@cralaw.legal; Whisenant, Jefferson P. <jefferson.whisenant@ogletreedeakins.com>
**Subject:** Re: Scott et al v. Syneos Health - mandatory initial settlement conference

*[Caution: Email received from external source]*

Bob: Both dates work for me at 11:00 a.m.

Larry
# Larry L. Crain, Esq.
5214 Maryland Way
Suite 402
Brentwood, TN  37027
Licensed to practice in Washington, DC, Virginia and Tennessee
Voice:  (615) 376-2600
Fax:  (615) 376-2626
Mobile:  (615) 300-3767
larry@crainlaw.legal
www.crainlaw.legal



On Dec 12, 2022, at 3:57 PM, Sar, Bob A. <bob.sar@ogletree.com> wrote:

Counsel -

I attach Judge Bell's standing order regarding initial settlement conferences.  I am available for a conference at 11am on December 20 or December 21.  Please let me know if you are available.  I look forward to working with you.

Sincerely, Bob.

**Bob A. Sar | Ogletree Deakins**
8529 Six Forks Road, Forum IV, Suite 600 | Raleigh, NC 27615 | Telephone: 919-789-3160
bob.sar@ogletree.com | www.ogletree.com | Bio

<Judge Bell Standing order - Initial Settlement Conference.pdf>