# EXHIBIT C

# Syneos Health, LLC 2022
# Limited Liability Company Annual Report
# Filed with North Carolina Secretary of State



# LIMITED LIABILITY COMPANY ANNUAL REPORT

NAME OF LIMITED LIABILITY COMPANY: **Syneos Health, LLC**

Fictitious Name, if any, used in North Carolina: **Syneos Health NC, LLC**

SECRETARY OF STATE ID NUMBER: **1189151**   STATE OF FORMATION: **DE**

REPORT FOR THE CALENDAR YEAR: **2022**

Filing Office Use Only
E - Filed Annual Report
1189151
CA202209902596
4/9/2022 05:00
☐ Changes

## SECTION A: REGISTERED AGENT'S INFORMATION

1. NAME OF REGISTERED AGENT: **United Agent Group Inc.**

2. SIGNATURE OF THE NEW REGISTERED AGENT: _____
   SIGNATURE CONSTITUTES CONSENT TO THE APPOINTMENT

3. REGISTERED AGENT OFFICE STREET ADDRESS & COUNTY
   15720 Brixham Hill Avenue #300
   Charlotte, NC 28277 Mecklenburg County

4. REGISTERED AGENT OFFICE MAILING ADDRESS
   15720 Brixham Hill Avenue #300
   Charlotte, NC 28277

## SECTION B: PRINCIPAL OFFICE INFORMATION

1. DESCRIPTION OF NATURE OF BUSINESS: **Clinical Research Services**

2. PRINCIPAL OFFICE PHONE NUMBER: **(919) 876-9300**   3. PRINCIPAL OFFICE EMAIL: **Privacy Redaction**

4. PRINCIPAL OFFICE STREET ADDRESS
   1030 Sync Street
   Morrisville, NC 27560

5. PRINCIPAL OFFICE MAILING ADDRESS
   1030 Sync Street
   Morrisville, NC 27560

6. Select one of the following if applicable. (Optional see instructions)
   ☐ The company is a veteran-owned small business
   ☐ The company is a service-disabled veteran-owned small business

## SECTION C: COMPANY OFFICIALS (Enter additional company officials in Section E.)

| NAME: Syneos Health Clinical, Inc. | NAME: ALISTAIR MACDONALD | NAME: JASON MEGGS |
|---|---|---|
| TITLE: Member | TITLE: Chief Executive Officer | TITLE: Chief Financial Officer |
| ADDRESS: 1030 Sync Street, Morrisville, NC 27560 | ADDRESS: 1030 Sync Street, Morrisville, NC 27560 | ADDRESS: 1030 Sync Street, Morrisville, NC 27560 |

## SECTION D: CERTIFICATION OF ANNUAL REPORT. Section D must be completed in its entirety by a person/business entity.

Jonathan Olefson                     4/9/2022
SIGNATURE                            DATE
Form must be signed by a Company Official listed under Section C of This form.

Jonathan Olefson                     Executive Director
Print or Type Name of Company Official   Print or Type Title of Company Official

SUBMIT THIS ANNUAL REPORT WITH THE REQUIRED FILING FEE OF $200.00
MAIL TO: Secretary of State, Business Registration Division, Post Office Box 29525, Raleigh, NC 27626-0525

**SECTION E: ADDITIONAL COMPANY OFFICIALS**

| | | |
|---|---|---|
| NAME: ALISTAIR MACDONALD <br> TITLE: President <br> ADDRESS: <br> 1030 Sync Street <br> Morrisville, NC 27560 | NAME: Jonathan Olefson <br> TITLE: General Counsel <br> ADDRESS: <br> 1030 Sync Street <br> Morrisville, NC 27560 | NAME: Jonathan Olefson <br> TITLE: Corporate Secretary <br> ADDRESS: <br> 1030 Sync Street <br> Morrisville, NC 27560 |
| NAME: Lisa Silverman <br> TITLE: Treasurer <br> ADDRESS: <br> 1030 Sync Street <br> Morrisville, NC 27560 | NAME: ALISTAIR MACDONALD <br> TITLE: Executive Director <br> ADDRESS: <br> 1030 Sync Street <br> Morrisville, NC 27560 | NAME: Jonathan Olefson <br> TITLE: Executive Director <br> ADDRESS: <br> 1030 Sync Street <br> Morrisville, NC 27560 |
| NAME: JASON MEGGS <br> TITLE: Executive Director <br> ADDRESS: <br> 1030 Sync Street <br> Morrisville, NC 27560 | | |