IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 5:22-CV-163-KDB-DCK

| JAMI LYNN SCOTT, et al., | ) |  |
|---|---|---|
| Plaintiffs, | ) |  |
| v. | ) | **ORDER** |
| SYNEOS HEALTH, LLC, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) filed by K.E. Krispen Culbertson, concerning Larry L. Crain, on March 6, 2023. Larry L. Crain seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) is **GRANTED**. Larry L. Crain is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: March 7, 2023

David C. Keesler
United States Magistrate Judge