IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:22-CV-163-KDB-DCK

| | |
|---|---|
| SHANON SULANDER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SYNEOS HEALTH, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties "Joint Motion To Change Caption And Set Deadline For Defendant To Answer Plaintiff's Complaint" (Document No. 29) filed June 2, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion with modification.

By the instant motion, the parties report that they have stipulated to the dismissal of certain Plaintiffs, as well as Counts IV and V of the Amended Complaint (Document No. 2). (Document No. 29, p. 2); see also (Document Nos. 25, 26, 28). The parties request that the Court change the case caption to represent the names of the Plaintiffs currently in this action. (Document No. 29).

Instead of simply changing the caption, the undersigned finds that a better course of action, that will result in Plaintiffs getting the relief they seek, is for Plaintiffs to file a Second Amended Complaint that reflects the proper parties *and* remaining claims, as stipulated by the parties.[1]

**IT IS, THEREFORE, ORDERED** that the parties "Joint Motion To Change Caption And Set Deadline For Defendant To Answer Plaintiff's Complaint" (Document No. 29) is **GRANTED**

---

[1] The undersigned observes that the Court docket already indicates that Plaintiffs Scott, Freeman, and Royer have been terminated.

**with modification**. Plaintiffs shall file a Second Amended Complaint on or before **June 9, 2023**; Defendant shall file an Answer to the Second Amended Complaint in accordance with the Federal Rules of Civil Procedure.

    **SO ORDERED**.

Signed: June 5, 2023

David C. Keesler
United States Magistrate Judge