IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHANNON SULANDER<br>JANNA STEWART<br>JAMI LYNN SCOTT<br>BRETT FREEMAN<br>BRUCE MCCONNELL<br>RACHEL ROYER<br>JOEY LEWIS<br>KORRI CULBERTSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>SYNEOS HEALTH, LLC,<br><br>    Defendant. | <u>5:22-CV-00163-KDB-DCK</u> |
| ANTHONY SULLIVAN,<br><br>    Plaintiff,<br><br>    v.<br><br>SYNEOS HEALTH, LLC,<br><br>    Defendant. | <u>3:23-CV-00014-KDB-SCR</u> |

## **<u>ORDER</u>**

**THIS MATTER** is before the Court on Plaintiffs' Response to the Court's Show Cause Order, (Doc. Nos. 52, 20),[1] which questioned whether this matter was appropriately venued in this Court. In Plaintiffs' response, they do not object and consent to the transfer of the action and also

---

[1] The citation, and subsequent ones, first refer to the docket number in *Scott v. Syneos Health, LLC*, 5:22-cv-00163-KDB-DCK. The second docket number refers to *Sullivan v. Syneos Health, LLC*, 3:23-cv-00014-KDB-SCR.

1

note Defendant's consent. Therefore, the Court orders this case be transferred to the Eastern District of North Carolina pursuant to 28 U.S.C. § 1404(a). The pending Motions will be decided by the transferee court.

**SO ORDERED.**

Signed: September 27, 2023

Kenneth D. Bell
United States District Judge